## RETURN OF SERVICE

State of Florida · County of SOUTHERN · District Court

Case Number: 20-CV-24924

Plaintiff:
**EMILIO PINERO**

vs.

Defendant:
**HURWIT INVESTMENTS LTD., ET. AL.,**


OJF2020017122

For:
Lauren Wassenberg
LAUREN WASSENBERG, ESQ.
1825 Nw Corporate Blvd.
Suite 110
Boca Raton, FL 33431

Received by OJF SERVICES, INC. on the 2nd day of December, 2020 at 1:39 pm to be served on **SANTILLANA ENTERPRISES, INC. C/O R/A LAW OFFICE OF MACHADO & HERRAN, P.A., 8500 S.W. 8TH ST., STE. 238, MIAMI, FL 33144**.

I, GREG SCHULTE, do hereby affirm that on the **3rd day of December, 2020** at **12:40 pm, I:**

**CORPORATE SERVED:** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MAGDA ORS** EMPLOYEE OF THE LAW OFFICES OF MACHADO & HERRAN, P at the address of: **8500 S.W. 8TH ST., STE. 238, MIAMI, FL 33144** as **registered agent** for **SANTILLANA ENTERPRISES, INC. C/O R/A LAW OFFICE OF MACHADO & HERRAN, P.A.**, and informed said person of the contents therein, in compliance with state statutes 48.081.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

GREG SCHULTE
CPS #245

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2020017122

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1w

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

DATE. 12.3  TIME: 1240P
INITIALS: ___  ID #: 245

EMILIO PINERO )
)
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No.
)
HURWIT INVESTMENTS LTD. and ) 20-CV-24924
SANTILLANA ENTERPRISES, INC. d/b/a )
SEDANO'S SUPERMARKET #23 )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

Magda
OvS
For the
RA

To: *(Defendant's name and address)* SANTILLANA ENTERPRISES, INC.
c/o Registered Agent: Law Office of Machado & Herran, P.A.
8500 S.W. 8th St., Ste. 238
Miami, FL 33144

OJF SERVICES, INC.
954.929.4215
WWW.OJFSERVICES.COM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Glenn R. Goldstein, Esq., (55873) Glenn R. Goldstein & Associates, PLLC
150 SE 2nd Ave, Ste. 805, Miami, FL 33131, 561-573-2106
Lauren N. Wassnberg, Esq. (34083) Lauren N. Wassenberg & Associates, PA
1825 NW Corporate Blvd., Ste. 110, Boca Raton, FL 33431, 561-571-0646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Dec 2, 2020
_____

*s/ Dimas Rodriguez*
_____
Deputy Clerk
U.S. District Courts

17122