UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

HURWIT INVESTMENTS LTD., *et al*.
    Defendant.

Case No.: 20-cv-24924-DLG

## NOTICE OF SETTLEMENT

The Plaintiff, through undersigned, hereby notifies the Court that the Parties have reached a settlement agreement of all claims and issues that were or could have been raised by the Plaintiff in this lawsuit. The parties are preparing closing documents and will be moving for dismissal with prejudice.

LAUREN N. WASSENBERG, ESQ.
*Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
1825 NW Corporate Blvd., Ste. 110
Boca Raton, FL 33431
Ph: 561.571.0646 | Fx: 561.571.0647
WassenbergL@gmail.com

By: s/ Lauren N. Wassenberg
Lauren N. Wassenberg, Esq.
(Fla. Bar No. 34083)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: s/ Lauren N. Wassenberg
Lauren N. Wassenberg, Esq.
(Fla. Bar No. 34083)